Submitted on record and briefs December 10, 1990, reversed and remanded January 9, 1991

ERNEST HARRIS,
*Appellant,*

*v.*

Carl ZENON,
*Respondent.*

(89-C-11891; CA A64389)

803 P2d 290

Noel Grefenson, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).